**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>Terry D Shade<br><br>Debtor | Case No.: 19-17969<br>Chapter: 7<br>Hearing Date: 7/19/19<br><br>Judge Janet S. Baer |

## NOTICE OF MOTION

**TO:** Thomas E Springer, Trustee, 300 South County Farm Road, Suite I, Wheaton, IL 60187 by electronic notice through ECF
Terry D Shade, Debtor, 122 N Oakwood Ave, West Chicago, IL 60185
Chad M Hayward, Attorney for Debtor, 50 S Main, Suite 200, Naperville, IL 60540 by electronic notice through ECF

PLEASE TAKE NOTICE that on 7/19/19, at 11:00AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Kane County Courthouse 100 S. Third Street, Geneva, Illinois, room 240, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on July 2, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 2, 2019.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-04299)**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 2, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 2, 2019.

Thomas E Springer, Trustee, 300 South County Farm Road, Suite I, Wheaton, IL 60187 by electronic notice through ECF
Terry D Shade, Debtor, 122 N Oakwood Ave, West Chicago, IL 60185
Chad M Hayward, Attorney for Debtor, 50 S Main, Suite 200, Naperville, IL 60540 by electronic notice through ECF

                                          /s/ Peter C. Bastianen
                                             Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-04299)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** <br><br> Terry D Shade <br><br><br> Debtor | Case No.: 19-17969 <br> Chapter: 7 <br> Hearing Date: 7/19/19 <br><br> Judge Janet S. Baer |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 122 N. Oakwood Ave, West Chicago, IL 60185;

3. This security interest arose from a Note and Mortgage, executed on 1/26/2012, in the amount of $244,700.00;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 6/24/19;

5. Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

    a. The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;

    b.    As of 06/26/2019, the Debtor is contractually due for the 10/1/17 payment and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

    c.    As of 06/26/2019, the estimated default through and including 6/1/19 is $44,921.80, which includes attorney fees and costs in the amount of $931.00. Any payments received after this date may not be reflected in this default;

    d.    As of 06/26/2019, the estimated payoff amount is $261,722.21. The estimated fair market value of the property is $256,555.00, per Price Opinion based on comparables. That to the best of Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

    e.    The above is especially true when considering the cost of selling the property, as outlined below:

Fair Market Value: $256,555.00

Less Lien Payoff and Cost of Sale:
    Estimated Payoff: $261,722.21
    Payoff of Other Liens: $17,346.10
    Broker's Commission (6% of FMV): $15,393.30
    Other Closing Costs (estimated): $2,000.00

Net Proceeds of Sale: ($39,906.61)
(assuming no capital gains need to be paid)

6.    Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein including:

    $750.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

    $181.00    for Court filing fee

7.    The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

8. Attached are redacted copies of any documents that support the motion for relief, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

**WHEREFORE,** Nationstar Mortgage LLC d/b/a Mr. Cooper prays this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this July 2, 2019.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-18-04299)**

NOTE: This law firm is a debt collector.